1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DEMARION TRAMMEL,                           No.  2:23-cv-1183 DB P

12                    Plaintiff,

13          v.                                     ORDER AND FINDINGS AND
                                                   RECOMMENDATIONS
14    A. RAMOS, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se.  Plaintiff's complaint was filed in the

18   Northern District of California on June 20, 2023 and transferred to this court on June 23, 2023.

19   The court's own records reveal that on June 9, 2023, plaintiff filed a complaint containing

20   virtually identical allegations against the same defendants.  See Trammel v. Ramos, 2:23-cv-1111

21   AC P.[1]  Due to the duplicative nature of the present action, this court will recommend that the

22   complaint be dismissed.

23          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign

24   a district judge to this case; and

25          IT IS RECOMMENDED that this action be dismissed without prejudice.  See Fed. R. Civ.

26   P. 41(b).

27   _____

     [1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d
28   500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1    These findings and recommendations are submitted to the District Judge assigned to this

2  case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served

3  with these findings and recommendations, plaintiff may file written objections with the court.

4  The document should be captioned "Objections to Magistrate Judge's Findings and

5  Recommendations."  Plaintiff is advised that failure to file objections within the specified time

6  may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th

7  Cir. 1991).

8  Dated:  June 29, 2023

9

10

11                                    DEBORAH BARNES
                                      UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22  DLB:9
    DB prisoner inbox/civil rights/R/tram1183.23
23

24

25

26

27

28

                                            2