UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARION TRAMMEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. RAMOS, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-1183-TLN-DB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 30, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 30, 2023 (ECF No. 6) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED as moot.
4. The Clerk of Court is directed to close this case.

DATE: September 1, 2023

_____
Troy L. Nunley
United States District Judge